**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 28, 2026

Andrew Paul Thornton
P.O. Box 13594
Maumelle, AR 72113

RE: 26-3209 Robert Mitchell v. Dexter Payne

Dear Counsel:

The district court has transmitted a notice of appeal in this matter with notification that the docket fee is pending. This appeal has been docketed today under the number indicated. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

It appears from an examination of the docket entries there is a motion for leave to proceed on appeal in forma pauperis pending before the district court. Upon notification by the district court that a ruling has been made and the appellate docketing fee has been satisfied, this office will treat the notice of appeal as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure and will forward it to a panel of judges for consideration. You will thereafter be advised of the action taken by the court regarding the application.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

Susan E. Bindler
Clerk of Court

CMH

Enclosure(s)

cc: Clerk, U.S. District Court, Eastern District of Arkansas
Walker Hawkins

District Court/Agency Case Number(s): 4:23-cv-00742-LPR

**Caption For Case Number: 26-3209**

Robert S. Mitchell

Plaintiff - Appellant

v.

Dexter Payne, Director, Arkansas Division of Correction (originally named as Board of Corrections and Post Prison Transfer Board)

Defendant - Appellee

**Addresses For Case Participants: 26-3209**

Andrew Paul Thornton
P.O. Box 13594
Maumelle, AR 72113

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR 72201-0000

Walker Hawkins
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR 72201-0000